1  MARK D. MILLER  116349 (mmiller@kmulaw.com)
   MARCUS N. DiBUDUO  258684 (mdibuduo@kmulaw.com)
2  KIMBLE, MacMICHAEL & UPTON
   A Professional Corporation
3  5260 North Palm, Suite 221
   Fresno, California  93704
4  Telephone:  (559) 435-5500
   Facsimile:  (559) 435-1500
5
   JILL M. PIETRINI  138335 (jpietrini@manatt.com)
6  BARRY E. MALLEN  120005 (bmallen@manatt.com)
   MANATT, PHELPS & PHILLIPS, LLP
7  11355 W. Olympic Boulevard
   Los Angeles, CA  90064
8  Telephone:  (310) 312-4000
   Facsimile:  (310) 312-4224
9
   *Attorneys for Plaintiff*
10 GERAWAN FARMING, INC.

11
                    UNITED STATES DISTRICT COURT
12
                    EASTERN DISTRICT OF CALIFORNIA
13
                              * * *
14
15 | GERAWAN FARMING, INC. a California Corporation, | ) ) ) | Case No. 1:10-CV-148 |
   |---|---|---|
16 |                  Plaintiff, | ) ) ) | Honorable Lawrence J. O'Neill |
17 |       v. | ) ) | Magistrate Judge Sheila K. Oberto |
18 | PRIMA BELLA PRODUCE, INC., a California Corporation, | ) ) ) | STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT'S ANSWER/RESPONSE |
19 |                  Defendant. | ) ) |  |
20 |  | ) |  |

21         Plaintiff Gerawan Farming, Inc. and defendant Prima Bella Produce, Inc., by and
22 through their respective counsel, hereby agree and stipulate that the due date for defendant's
23 Answer or Response to plaintiff's First Amended Complaint may be extended to June 25,
24 2010.  Counsel for defendant (Thomas A. Dirksen and Paul D. Swanson of Lane Powell PC)
25 requested this extension of time and are presently preparing the forms necessary for their
26 admission as counsel in this case.  Defendant's counsel prepared this stipulation for the parties
27 ///
28 ///

                                    1
124877.0001/1852941.1

and both parties approve the filing of this stipulation and proposed order.

DATED this 4th day of June, 2010.

                                              KIMBLE, MacMICHAEL & UPTON
                                              A Professional Corporation


                                          By_____/Mark D. Miller/_____
                                                          MARK D. MILLER


MANATT, PHELPS & PHILLIPS, LLP
JILL M. PIETRINI
BARRY E. MALLEN
11355 West Olympic Boulevard
Los Angeles, CA  90064

*Attorneys for Plaintiff*
GERAWAN FARMING, INC.

## ORDER

Based on the foregoing stipulation, it is hereby ORDERED that the due date for defendant's Answer or Response to plaintiff's First Amended Complaint is extended to June 25, 2010.

IT IS SO ORDERED.

Dated:   **June 8, 2010**                                **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE

124877.0001/1852941.1