IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING, INC. a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRIMA BELLA PRODUCE INC., a California Corporation,<br><br>　　　　　Defendant. | Case No. 1:10-cv-00148 LJO JLT<br><br>ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER<br><br>(Doc. 32) |

　　　　Before the Court is the parties' stipulation to amend the scheduling order related to non-expert and expert discovery and the non-dispositive motion deadlines. (Doc. 32) In support of the stipulation, the parties report that they have begun written discovery and have depositions scheduled. Id. at 2. The parties have negotiated a protective order that was filed for the Court's consideration on February 23, 2011. Id. Also the parties report that lead counsel for Plaintiff, Ms. Pietrini, was involved in a three-week trial in Nevada and then was sick, which made her unavailable for most of January 2011. Id. Likewise, Ms. Pietrini has a trial scheduled to begin on March 15, 2011 which has a two-week estimate.[1] Id.

---

[1] The parties report also that they have been working to settle the matter and cite to the settlement conference conducted by the Court on February 14, 2011. (Doc. 32 at 2) The parties are committed to continuing to work toward settlement. Id. However, the Court does not find that delayed and ongoing settlement efforts constitute good cause to amend the scheduling order.

1

Based upon the stipulation and good cause appearing, the request to modify the scheduling order is **GRANTED**.  The scheduling order is amended as follows:

1. Non-expert discovery deadline: April 29, 2011
2. Expert discovery deadline: May 20, 2011
3. Non-dispositive motion filing deadline: May 27, 2011
4. Non-dispositive motion hearing deadline: June 27, 2011

IT IS SO ORDERED.

Dated:  **February 24, 2011**                                   /s/ Jennifer L. Thurston
                                                                                UNITED STATES MAGISTRATE JUDGE

2