# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING, INC. a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> PRIMA BELLA PRODUCE INC., a California Corporation, <br><br> Defendant. | Case No.: 1:10-CV-00148 LJO  JLT <br><br> ORDER GRANTING IN PART AND DENYING IN PART REQUEST TO SEAL <br><br> (Doc. 49) |

Before the Court is the Request to Seal Documents, filed by Plaintiff, Gerawan Farming related to the motion to strike Defendant's expert (Doc. 47). (Doc 49) No party has opposed the request. LR 141(c). Good cause appearing, the Court ORDERS:

 1. The following pages of Plaintiff's Request to Seal Documents are **SEALED**: 4-11 of Exhibit F to the Declaration of Jill Pietrini.

 2. The following pages of Plaintiff's Request to Seal Documents are **NOT SEALED**: Exhibit E to the Declaration of Jill Pietrini.

IT IS SO ORDERED.

Dated:  **April 19, 2011**                                     /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE

1