# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING, INC. a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> PRIMA BELLA PRODUCE INC., a California Corporation, <br><br> Defendant. | Case No.: 1:10-CV-00148 LJO  JLT <br><br> ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S REQUEST TO SEAL <br><br> (Doc. 58) |

Before the Court is the Request to Seal Documents, filed by Defendant, Prima Bella Produce, related to the motion to strike Defendant's expert (Doc. 47).  (Doc 58)  No party has opposed the request.  LR 141(c).

"A motion to seal documents that are not part of the judicial record, such as "private materials unearthed during discovery," is governed by Federal Rule of Civil Procedure 26(c). Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. Cal. 2010).  Under Federal Rule of Civil Procedure 26(c), the Court may issue orders to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including . . . requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way."

1

To determine whether materials attached to a non-dispositive motion should be filed under seal, the Court must evaluate whether "'good cause' exists to protect th[e] information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality.'" Pintos, at 678 (quoting Phillips ex rel. Estates of Byrd v. Gen. Motors Corp., 307 F.3d 1206, 1213 (9th Cir. 2002)).

Good cause appearing, the Court ORDERS:

1. The following pages of Defendant's Request to Seal Documents are **SEALED**: Exhibit C, pages 8, 10, 12

2. The following pages of Defendant's Request to Seal Documents are **NOT SEALED**: Exhibit C, pages 1, 2, 3, 4, 5, 6, 7, 9, 11, 13, 14, 15, 16, 17, 18.

IT IS SO ORDERED.

Dated:   **May 4, 2011**                              /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE

2