JILL M. PIETRINI 138335 (jpietrini@manatt.com)
BARRY E. MALLEN 120005 (bmallen@manatt.com)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Plaintiff and Counterdefendant*
GERAWAN FARMING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GERAWAN FARMING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRIMA BELLA PRODUCE, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 1:10-CV-148 LJO JLT<br><br>**STIPULATION AND ORDER CONCERNING HEARING DATE ON DEFENDANT'S MOTIONS** |

Plaintiff and counterdefendant Gerawan Farming, Inc. ("Plaintiff") and defendant and counterclaimant Prima Bella Produce, Inc. ("Defendant") (collectively, the "parties"), by and through their undersigned counsel of record, stipulate and agree as follows:

WHEREAS, on May 17, 2011, Defendant filed a Motion to Compel Production of Documents, Answers to Interrogatories, and 30(b)(6) Deposition ("Motion to Compel");

WHEREAS, Defendant noticed the hearing date for its Motion to Compel for June 13, 2011;

WHEREAS, on May 17, 2011, Defendant also filed a Motion for Evidentiary Sanctions ("Motion for Sanctions");

WHEREAS, Defendant noticed the hearing date for its Motion for Sanctions for June 27, 2011;

WHEREAS, Plaintiff's lead trial counsel is unavailable on June 13, 2011 because she will be traveling to New York that day for a June 14, 2011 hearing in another matter;

WHEREAS, Defendant's counsel who is going to argue the motion to compel is unavailable the week of June 27, 2011;

WHEREAS, in order to consolidate the hearing dates for Defendants' Motions, and to schedule the consolidated hearing date on a date on which both parties' counsel is available, the parties have agreed to continue the hearing date on Defendants' Motion to Compel to June 20, 2011 and to advance the hearing date on Defendants' Motion for Sanctions to June 20, 2011.

NOW, THEREFORE, the parties, by and through their respective counsel of record, stipulate and agree that the hearing date on each of Defendants' Motion to Compel and Defendants' Motion for Sanctions shall occur at 9:00 a.m. on June 20, 2011 in Courtroom 6 of the above-referenced Court.

LANE POWELL PC

DATE: __May 27, 2011_____     By____/s/  David Spellman_____
    Paul D. Swanson, admitted *pro hac vice*
    David Spellman, admitted *pro hac vice*
    Tiffany H. Scott, admitted *pro hac vice*

*Attorneys for Defendant and Counterclaimant* Prima Bella Produce, Inc.

MANATT, PHELPS & PHILLIPS, LLP

DATE: __May 27, 2011_____

By_/s/_Jill M. Pietrini_____ _____
    Jill M. Pietrini
    Barry E. Mallen

*Attorneys for Plaintiff and Counter-Defendant* Gerawan Farming, Inc.

**ORDER**

Based on the foregoing stipulation of the parties, it is hereby ORDERED that the hearing date on each of Defendants' Motion to Compel and Defendants' Motion for Sanctions shall occur at 9:00 a.m. on June 20, 2011 in Courtroom 6 of the above-referenced Court.

IT IS SO ORDERED.

Dated:   **May 31, 2011**                              **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE