# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING, INC. a California Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>PRIMA BELLA PRODUCE INC., a California Corporation,<br><br>  Defendant. | Case No.: 1:10-CV-00148 LJO  JLT<br><br>ORDER GRANTING REQUEST TO SEAL<br><br>(Doc. 100) |

Before the Court is the Request to Seal Documents, filed by Defendant Prima Bella Produce Inc., related to the motion to compel Plaintiff to provide amended responses to interrogatories, to produce documents and to submit to a Fed. R. Civ. P. 30(b)(6) deposition (Doc. 47).  To make this determination, the Court must evaluate whether "'good cause' exists to protect th[e] information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality.'" Pintos v. Pacific Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010) (quoting Phillips ex rel. Estates of Byrd v. Gen. Motors Corp., 307 F.3d 1206, 1213 (9th Cir. 2002))

Because the documents sought to be sealed relate to Plaintiff's historical financial condition, the Court finds that the need to maintain the confidentiality of this material, given

1

1 | Plaintiff is a privately held company, outweighs the need for public disclosure.

2 |     Therefore, good cause appearing, the Court ORDERS:

3 |     1.    The entirety of Exhibit A to the joint statement re: discovery dispute (Doc. 92) to

4 |         be SEALED;

5 |     2.    The Clerk of the Court is **DIRECTED** to file these pages under seal.

7 | IT IS SO ORDERED.

8 | Dated:  **June 15, 2011**　　　　　　　　　　　　　　　　/s/ **Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE