# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING, INC. a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRIMA BELLA PRODUCE INC., a California Corporation,<br><br>　　　　　Defendant. | Case No.: 1:10-CV-00148 LJO  JLT<br><br>AMENDED ORDER GRANTING REQUEST TO SEAL<br><br>(Doc. 100) |

　　　　On June 15, 2011, the Court ordered Exhibit A, referenced by the joint statement re: discovery dispute (Doc. 92) to be sealed. (Doc. 101)  Defendant failed to provide Exhibit B to the Court for it to evaluate whether it too should be ordered sealed.  On June 16, 2011, Defendant provided the Court an electronic copy of Exhibit B to the joint statement.

　　　　Because Exhibit B relates to Plaintiff's financial condition, the Court finds that the need to maintain the confidentiality of this material, given Plaintiff is a privately held company, outweighs the need for public disclosure.  <u>Pintos v. Pacific Creditors Ass'n</u>, 605 F.3d 665, 678 (9th Cir. 2010)

　　　　Therefore, good cause appearing, the Court ORDERS:

　　　　1.　　The entirety of Exhibit B to the joint statement re: discovery dispute (Doc. 92) to

1        be SEALED;

2.   The Clerk of the Court is **DIRECTED** to file these pages under seal.

IT IS SO ORDERED.

Dated:   **June 16, 2011**                                    /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE