PAUL D. SWANSON, admitted *pro hac vice*
(swansonp@lanepowell.com)
TIFFANY H. SCOTT admitted *pro hac vice*
(scottt@lanepowell.com)
LANE POWELL PC
1420 Fifth Ave., Suite 4100
Seattle, WA 98101
Telephone: (206)223-7000
Facsimile: (206)223-7017

THOMAS A. DIRKSEN 178161
(trademarks@dirksenlaw.com)
4607 Lakeview Canyon Road, Suite 117
Westlake Village, CA 91361-4028
Telephone: (805) 370-9100
Facsimile: (805) 435-1795

Attorneys for Defendant
PRIMA BELLA PRODUCE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GERAWAN FARMING, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PRIMA BELLA PRODUCE, INC., a California Corporation,<br><br>    Defendant. | Case No. 1:10-cv-00148-LJO-JLT<br><br>**ORDER ON REQUEST TO SEAL DOCUMENTS** |

Defendant Prima Bella Produce, Inc. ("Prima Bella") has requested an Order sealing documents, specifically Exhibits as follows:

**[PROPOSED] ORDER ON REQUEST TO SEAL DOCUMENT -1**

124877.0001/5115409.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

    Exhibit 3:  Prima Bella 2010 Customer List

    Exhibit 5:  Prima Bella Financial Statements

    Exhibit 6:  Mark Bacchetti deposition transcript excerpts (part under seal)

    Exhibit 26:  Brent Hansston deposition transcript excerpts (part under seal)

    Exhibit 29:  George Pangangellin deposition transcript excerpts (part under seal)

    Exhibit 30:  Denver Schutz deposition transcript excerpts (part under seal)

    Exhibit 34:  MJR statement of services to Gerawan with summary chart

These exhibits are attached to the Declaration of Barbara Schmidt filed in support of Defendant Prima Bella Produce, Inc.'s Statement of Undisputed Facts in Support of Its Summary Judgment Motion

As set forth in the Request to Seal Document concurrently filed herewith, the referenced documents contain information that has been designated by either plaintiff or defendant as "Highly Confidential" under the terms of the parties' Protective Order (Docket No. 35).

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 26(c), Civil L.R. 141, and the Court's inherent authority over the papers filed in this Court, the above-identified documents are to be sealed.

IT IS SO ORDERED.

Dated:  **June 29, 2011**     **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER ON REQUEST TO SEAL DOCUMENT -2**

124877.0001/5115409.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107