1  JILL M. PIETRINI  138335  (jpietrini@manatt.com)
   BARRY E. MALLEN  120005 (bmallen@manatt.com)
2  MANATT, PHELPS & PHILLIPS, LLP
   11355 West Olympic Boulevard
3  Los Angeles, CA  90064-1614
   Telephone:  (310) 312-4000
4  Facsimile:  (310) 312-4224

*Attorneys for Plaintiff and Counterdefendant*
GERAWAN FARMING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GERAWAN FARMING, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> PRIMA BELLA PRODUCE, INC., a California Corporation, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM. | CASE NO. 1:10-CV-148  LJO JLT <br><br> **STIPULATION AND ORDER CONCERNING THE SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS** |

Plaintiff and counterdefendant Gerawan Farming, Inc. ("Plaintiff") and defendant and counterclaimant Prima Bella Produce, Inc. ("Defendant") (collectively, the "parties"), by and through their undersigned counsel of record, stipulate and agree as follows:

WHEREAS, on June 28, 2011, Defendant filed a Motion for Summary Judgment (the "Motion");

WHEREAS, Defendant noticed the hearing date for its Motion for July 26, 2011, thereby making Plaintiff's Opposition to the Motion due July 12, 2011, and

Defendant's Reply in support of the motion due July 19, 2011;

WHEREAS, Plaintiff's lead counsel, Jill Pietrini, is unavailable on July 26, 2011 because she will be in Boston for a wedding;

WHEREAS, the current deadline for filing dispositive motions is August 9, 2011;

WHEREAS, the parties have agreed to continue the hearing date on Defendants' Motion to August 11, 2011;

WHEREAS, although a hearing on August 11, 2011 would mean that Plaintiff's Opposition is due July 28, 2011, and Defendant's Reply in support of the motion is due August 4, 2011, the parties have further agreed to revise the briefing schedule such that Plaintiff's Opposition will be due July 19, 2011, and Defendant's Reply would be due July 27, 2011;

WHEREAS, good cause exists for this request because it continues the deadline to file dispositive motions by only two days, and to a date on which both parties' counsel is available;

WHEREAS, this is the first request for an extension of the dispositive motion deadline, and the requested extension will not alter the scheduled trial date.

NOW, THEREFORE, the parties, by and through their respective counsel of record, stipulate and agree that the hearing date on Defendant's Motion shall be continued to August 11, 2011, at 8:30 a.m. in Courtroom 4 of the above-referenced Court; and that Plaintiff's Opposition to that Motion is due July 19, 2011, and Defendant's Reply in support of its Motion is due July 27, 2011.

|  |  |
|---|---|
|  | MANATT, PHELPS & PHILLIPS LLP<br>JILL M. PIETRINI<br>BARRY E. MALLEN |
| Dated:  July 5, 2011 | By:   /s/ Jill M. Pietrini<br>Jill M. Pietrini<br>*Attorneys for Plaintiff,*<br>GERAWAN FARMING, INC. |
|  | LANE POWELL PC<br>PAUL D. SWANSON<br>DAVID C. SPELLMAN<br>TIFFANY H. SCOTT |
| Dated:  July 6, 2011 | By:   /s/ Paul D. Swanson<br>Paul D. Swanson, admitted *pro hac vice*<br>David C. Spellman, admitted *pro hac vice*<br>Tiffany H. Scott, admitted *pro hac vice*<br>*Attorneys for Defendant,*<br>PRIMA BELLA PRODUCE, INC. |

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that:

1. The hearing date on Defendant's Motion is VACATED pursuant to Local Rule 230(g).
2. Plaintiff's Opposition to Defendant's Motion shall be due July 19, 2011, and Defendant's Reply in support of its Motion shall be due July 27, 2011.

IT IS SO ORDERED.

Dated:  **July 6, 2011**                              /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE