1  JILL M. PIETRINI  138335  (jpietrini@manatt.com)
2  BARRY E. MALLEN  120005 (bmallen@manatt.com)
   MANATT, PHELPS & PHILLIPS, LLP
3  11355 West Olympic Boulevard
   Los Angeles, CA  90064-1614
4  Telephone:  (310) 312-4000
   Facsimile:  (310) 312-4224

5

6  *Attorneys for Plaintiff and Counterdefendant*
   GERAWAN FARMING, INC.

7

8              UNITED STATES DISTRICT COURT

9      EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | GERAWAN FARMING, INC., | ) | CASE NO. 1:10-CV-148  LJO JLT |
|---|---|---|
12 | a California Corporation, | ) | |
13 |         Plaintiff, | ) | **ORDER SEALING DOCUMENTS** |
14 | v. | ) | Hearing: |
   | | ) | Time: |
15 | PRIMA BELLA PRODUCE, INC., a | ) | Judge:    Hon. Lawrence J. O'Neill |
16 | California Corporation, | ) | |
17 |         Defendant. | ) | |
18 | AND RELATED COUNTERCLAIM. | ) | |
19 | | ) | |

20

21     Plaintiff and counterdefendant Gerawan Farming, Inc. ("Gerawan") has

22 requested an Order sealing documents in connection with with its Opposition to the

23 Motion of Summary Judgment of defendant and counterclaimant Prima Bella

24 Produce, Inc. ("PBI").  Specifically, Gerawan requests that the Court seal the

25 following documents:

26     1.    **Exhibit 2** to the Declaration of Ryan S. Hilbert in Support of Gerawan

27 Farming, Inc.'s Opposition to Defendant Prima Bella Produce, Inc.'s Motion for

28 Summary Judgment ("Hilbert Declaration");

1    2.    **Exhibit 3** to the Hilbert Declaration;

2    3.    **Exhibit 6** to the Hilbert Declaration;

3    4.    **Exhibit 9** to the Hilbert Declaration;

4    5.    **Exhibit 26** to the Hilbert Declaration;

5    6.    **Exhibit 47** to the Hilbert Declaration;

6    7.    **Exhibit 53** to the Hilbert Declaration;

7    8.    **Exhibit 62** to the Hilbert Declaration; and

8    9.    **Exhibit 63** to the Hilbert Declaration.

As set forth in the Request to Seal Documents concurrently filed herewith, these documents contain information that has been designated by Gerawan as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the terms of the parties' Protective Order.  (Docket No. 35.)  Gerawan has asserted that it considers such information – which includes information about Gerawan's sales and marketing activities and its future goals – commercially and/or financially sensitive.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 26(c), Civil L.R. 141, and the Court's inherent authority over the papers filed in this Court, the above-identified documents are to be sealed.

IT IS SO ORDERED.

Dated:  **July 20, 2011**        **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

2