PAUL D. SWANSON, admitted *pro hac vice*
(swansonp@lanepowell.com)
DAVID C. SPELLMAN, admitted *pro hac vice*
(spellmand@lanepowell.com)
TIFFANY H. SCOTT admitted *pro hac vice*
(scottt@lanepowell.com)
LANE POWELL PC
1420 Fifth Ave., Suite 4100
Seattle, WA  98101
Telephone:  (206)223-7000
Facsimile:  (206)223-7017

THOMAS A. DIRKSEN 178161
(trademarks@dirksenlaw.com)
4607 Lakeview Canyon Road, Suite 117
Westlake Village, CA  91361-4028
Telephone: (805) 370-9100
Facsimile:  (805) 435-1795

Attorneys for Defendant
PRIMA BELLA PRODUCE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GERAWAN FARMING, INC., a California Corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>PRIMA BELLA PRODUCE, INC., a California Corporation,<br><br>           Defendant. | Case No. 1:10-cv-00148-LJO-JLT<br><br>**ORDER ON REQUEST TO SEAL DOCUMENTS** |

Defendant Prima Bella Produce, Inc. ("Prima Bella") has requested an Order sealing documents referred to in its reply brief papers in support of its motion for summary judgment, specifically:

**Exhibit 87**, pages 169-170 of the Deposition of Mark Bacchetti taken April 27, 2011;

**Exhibit 88**, Income Statements for Prima Bella Produce, Inc. and

**Exhibit 96**, pages 177-181 of the Deposition of Brent Douglas Hansston, taken April 7, 2011.

As set forth in the Request to Seal Documents concurrently filed herewith, these documents contain information that has been designated as "Highly Confidential" under the terms of the parties' Protective Order (Docket No. 35).

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 26(c), Civil L.R. 141, and the Court's inherent authority over the papers filed in this Court, the above-identified document is to be sealed.

IT IS SO ORDERED.

Dated:  **July 28, 2011**               **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

**LANE POWELL PC**
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: 206.223.7000 Facsimile: 206.223.7107