UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GERAWAN FARMING, INC., a California Corporation,<br><br>           Plaintiff,<br><br>v.<br><br>PRIMA BELLA PRODUCE, INC., a California Corporation,<br><br>           Defendant.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. 1:10-CV-148 LJO JLT<br><br>**ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE BASED ON SETTLEMENT** |

FOR GOOD CAUSE, the Court approves the parties' stipulation of dismissal of this case with prejudice based on settlement. and HEREBY ORDERS that

    1.    All claims and counterclaims alleged in this entire action are dismissed with prejudice;

    2.    The Court shall retain jurisdiction to enforce the settlement agreement entered between the parties; and

    3.    Each party shall bear its own attorneys' fees and costs.

    4.    The October 21, 2011 motion in limine hearing and November 7, 2011

trial are vacated.

5. The clerk is directed to administratively close this action.

IT IS SO ORDERED.

Dated:   **October 11, 2011**                    **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE